NAVARRO OPERATING Co., INC., Appellant, v. JULIA S. SEMPLE, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of MAXWELL LUSTIG, as Substituted Committee of the Estate of JOHN ADAMS, an Incompetent Person, for an Allowance of Commissions as Substituted Committee and Compensation for His Legal Services. FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; MAXWELL LUSTIG, Substituted Committee of the Estate of JOHN ADAMS, Respondent.— Order, so far as appealed from, unanimously modified by reducing the allowance to Maxwell Lustig for legal services rendered the estate of the incompetent to the sum of $200, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE MANHATTAN SAVINGS INSTITUTION, Plaintiff, v. WEST 40TH STREET AND SIXTH AVENUE CORPORATION and THE PEOPLE OF THE STATE OF NEW YORK, Defendants. WEST 40TH STREET AND SIXTH AVENUE CORPORATION, Appellant: ROBERT MORRISON, JR., Receiver, Respondent.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; O'Malley and Callahan, JJ., dissent and vote to modify by reducing the amount directed to be turned over to the receiver from $389.50 to fifty dollars.

WILLIAM H. DAVIS and Others, Respondents, v. ROY W. SEXTON, Individually and Doing Business as THE INITIAL COMPANY, and Others, Defendants. FRANCES EMBLEMS, INC., and CHARLES EMMEY, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements; and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

NATIONAL MORTGAGE CORPORATION and Others, Respondents, v. JAMES R. DEERING, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

J. CURTIS BLUE, INC., Respondent, v. THE CHURCH BULLETIN, INC., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. Amended papers to be served within ten days after service of a copy of the order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

EDWARD FURMAN, Respondent, v. OLIVE GROVES FURMAN, Also Known as OLIVE KRAUSS, Appellant, Impleaded with Another, Defendant.— Order entered on or about April 27, 1939, so far as appealed from, and order entered on or about April 19, 1939, unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J.; O'Malley, Glennon, Cohn and Callahan, JJ.